# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00763-CR
## NO. 03-04-00764-CR

**The State of Texas, Appellant**

**v.**

**Henry Langford, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
NOS. 663,862 & 663,863
HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The State's motion to dismiss these appeals is granted. *See* Tex. R. App. P. 42.2(a).

The appeals are dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on State's Motion

Filed:   February 1, 2005

Do Not Publish